UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW B. KIMBROUGH,

                         Plaintiff,

        v.

DOUGLAS WADDINGTON, *et al.*,

                         Defendants.

No. C08-5602 RJB/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

        The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen

L. Strombom, objections to the report and recommendation, if any, and the remaining record,

does hereby find and ORDER:

        (1)     The Court adopts the Report and Recommendation.

        (2)     Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule
                41(b)(2) of the Federal Rules of Civil Procedure.

        (3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon.
                Karen L. Strombom.

        **DATED** this 17th day of May, 2010.

ROBERT J. BRYAN
United States District Judge

ORDER - 1