UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW B. KIMBROUGH,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DOUGLAS WADDINGTON, DON GRIFFITH, EDWARD DOMINIC, DR. KENNETH R. SEBBY, DR. R. BEDNARCZYK, REGISTERED NURSE SNYDER, VICKY MARTIN, and PA CROSSGROVE,<br><br>　　　　　　　　　Defendants. | No. C08-5602 RJB/KLS<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE SERVICE ADDRESS |

This case has been re-referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. ECF No. 4.

A review of the docket reflects that the waiver and return of service forms directed to the following defendants have been returned unexecuted:

1.　PA Vicky Martin, marked "left DOC." ECF No. 11.

2.　Dr. Kenneth Sebby, marked "not at WCC." ECF No. 12.

ORDER - 1

3. PA Crossgrove, marked "not at WCC." ECF No. 13.

It does not appear that any attempt was made to serve RN Snyder and no address exists for her in the court's file.

The court is not aware of any other addresses for the above-named Defendants. Therefore, another attempt to complete service on them cannot be made. Because service cannot be effected, personal jurisdiction over these defendants does not exist in this case and the court has no authority over them at this time. However, if Plaintiff provides the court with current addresses for these defendants, along with properly completed summons and copies of the complaint, the court can direct that service be again attempted.

The Clerk is directed to send a copy of this Order to Plaintiff and counsel for Defendants. The Clerk is also directed to send to Plaintiff copies of the return of service forms received (ECF Nos. 11, 12, and 13), and four summons and marshal forms.

**DATED** this  13th  day of January, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2