UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW B. KIMBROUGH,, <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS WADDINGTON, DON GRIFFITH, EDWARD DOMINIC, DR. KENNETH R. SEBBY, DR. R. BEDNARCZYK, REGISTERED NURSE SNYDER, VICKY MARTIN, and PA CROSSGROVE,, <br><br> Defendant. | CASE NO. C08-5602 RJB <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Magistrate Judge recommends that this 42 U.S.C. § 1983 civil rights action be dismissed as to Defendants Vicky Martin, PA Crossgrove, and Registered Nurse Snyder, without prejudice because Plaintiff has failed to prosecute his claims against these parties. Dkt. 79. As detailed in the Report and Recommendation, Plaintiff has failed to comply with the Court's order that he provide service addresses for the unserved defendants. *Id*. Plaintiff has not filed an objection to the Report and Recommendation.

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's claims against Defendants Vicky Martin, PA Crossgrove, and Registered Nurse Snyder are **DISMISSED without prejudice** for failure to prosecute;

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

Dated this 12th day of April, 2011.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge