UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW B. KIMBROUGH,<br><br>                      Plaintiff,<br><br>   v.<br><br>DOUGLAS WADDINGTON, DON GRIFFITH, EDWARD DOMINIC, DR. KENNETH R. SEBBY, and DR. R. BEDNARCZYK,<br><br>                      Defendants. | No. C08-5602 RJB/KLS<br><br>ORDER EXTENDING JOINT STATUS REPORT |

Before the Court is Defendants' motion for an order extending the deadline to file the joint status report. ECF No. 88. The current deadline for the filing of the joint status report is November 11, 2011.

Accordingly, it is **ORDERED:**

1) Defendants' motion (ECF No. 88) **GRANTED**;

2) The parties are directed to confer and provide the court with a joint status report by no later than **May 25, 2012.**

3) The Clerk of the Court is directed to send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this  30th  day of November, 2011.

                                                  Karen L. Strombom
                                                  United States Magistrate Judge

ORDER - 1